JAMES F. CONNOR v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSO-CIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with JOSEPH BERG.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

EVELYN, BEATRICE, JACOB and CHARLOTTE DITKOWICH, Infants, by ALBERT M. SEYMANN, Their Guardian ad Litem, v. THE TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

ISABEL D. CURTIS v. GEORGE GRAHAM THOMSON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

ISABEL D. CURTIS v. GEORGE GRAHAM THOMSON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

EUCLID HOLDING COMPANY v. DAVID A. SCHULTE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

MORTIMER BRAUS v. BLONDEL'S SHOPS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of FRANK J. McGOWAN (and Thirty Others) v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 505 EIGHTH AVENUE COR-PORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELJAC REALTY CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. COOPER UNION for the Advancement of Science and Art v. JAMES J. SEXTON, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRANK J. McGOWAN (and Thirty Others), for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.